WILLIAM E. DUFFIN
U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 OCT 29 P 3:21

CLERK OF COURT

# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

United States ex rel Adjua Nsroma

Adjua Nsroma for herself

Adjua Nsroma for the Estate of Janeen Rodgers as legal representative, next of kin, beneficiary of the estate and as next of kin, next of friend

-Plaintiffs'

V

Case No. **25-C 1680**

**Complaint for Monetary, Declaratory & Injunctive Relief**

(Request for Three Judge Panel)

***EXHIBITS ATTACHED***



**Israel Ramon (individual Capacity)**

**Scott D Nabke (individual Capacity)**

**Star 212 LLC**

**Benjamin J Pliskie (individual Capacity)**

**Danny Washington (individual Capacity)**

**Milwaukee County Sheriff Office (official Capacity)**

**Aaron Dobson (individual Capacity)**

-Defendants'

**JURY DEMAND**

## NATURE OF CASE

**Plainitff is in IMMINENT physical harm and danger** as several defendants' have alleged that the plaintiff will be SHOT if she does not voluntarily leave her lawful, legal place of residence in which she is the rightful, lawful, legal heir and owner of the property and has a constitutional

1

right to be in. This case is being brought pursuant to a multitude of federal laws, statutes codes as regulations, as well as allegations related to illegal consulting agreements and/or arrangements between the defendants to violate the rights of the plaintiff to further a kickback scheme regarding widespread real estate fraud, targeting inner city heirs of minority decedents''. The defendants'' devised and colluded to knowingly, willfully, with reckless disregard of the truth , engage in dishonest services, public corruption, use of public resources for profit monetary scheme and violations of a plethora of federal and state law violations, with a reckless disregard for the United States Constitution and the rights secured thereunder. There is public corruption as the defendants' continue to profit from false proceedings, false filings, title fraud, threats, intimidation, misconduct in public office and all done so while "acting under the color of law".

The defendant Milwaukee County Sheriff has turned a blind eye to the apparent and knowing 'kick back scheme' and have willfully elected to engage in the unlawful conduct. They have employed a sheriff-deputy, captain and/or inspector to send threats via electronic device as well as via mail, in an attempt to force the Plainitff to vacate the residence and/or property she legally and lawfully owns and is entitled to. This conduct has and continues to violate the Plaintiff Adjua Nsroma's equal protection and due process rights.

The Plaintiff, hereby moves in this action for damages and certain remedial actions, including a monetary award of $450,000, inclusive of $1,000,000 punitive damages wholly and individually against each defendant named supra. The Plaintiffs' who assert the complaint to redress the deprivation of rights, liberties and immunities secured under the United States Constitution and the laws thereunder. As a direct and proximate result of the Defendants' actions and omissions The Defendants' have willfully committed gross negligence and reckless disregard to the various basic and absolute duties owed towards the Plaintiffs' and the Plaintiffs' related, inherent, natural, legal and constitutional rights, to due process all in violation of various

2

civil and/or constitutional rights, contrary to the laws of the United States, and they should be thereof found due and owing to the Plaintiffs.

The Defendants' acting under color of law/authority continue to deprived Plaintiff of federal constitutional rights have and are currently engaging in fraud, deceit, trickery, statutory violations and other egregious misconduct against the Plaintiffs'. The defendants' as named supra all have directly or indirectly engaged in harmful conduct and unconstitutional violations against the plaintiffs'. The United States is being defrauded as the defendants' in some capacity have either billed or received grants and/or are attempting to receive funding from the United States and have received such under false pretenses and deceptive acts in order to accomplish the ends desired. The United States Supreme Court has mandated that everyone who engages in a fraudulent scheme forfeits all rights to protection and that no one is to be protected in a court of justice to take advantage of another by means of his(her/their) own fraud.

There is no immunity under "commerce". Title 15, USC, Commerce, Sec 1122, "liabilities of states, instrumentalities of states, and state officials, have been waived under commerce, and clearly states these parties shall NOT be immune under the 11th Amendment of the Constitution of the United States or under any other doctrine of sovereignty immunity, from suit in Federal court by any person, including any governmental or nongovernmental entity for any violation under this Act. Title 42 U.S.C., Sec. 2000d-7 "civil rights remedies equalization" a state shall not be immune under the 11th Amendment of the Constitution of the United. Whereby Plaintiff hereby complain of a pattern of denials and civil rights violations. Neglect to prevent the same willful discrimination, disparate treatment, negligent government mismanagement, petition for damages and certain remedial actions.

The plaintiff further complains in regards to intentional discrimination on the basis of status, and race. Plaintiffs hereby complain further of intention violations of the 1st, 4th, ,9th and 14th amendments of the Bill of Rights by the defendants infra. This is a multi-grounded civil rights action at law, at

3

common law, and also in equity, to vindicate and restore various rights of the Plaintiffs secured under federal law, to vindicate and restore various rights of the Plaintiffs secured under federal law, to vindicate and restore their various inalienable rights guaranteed under certain portions of, and several Amendments to, the United States Constitution, and for the Plaintiffs to claim all rights, damages, and forms of relief obtainable under any available means, in the interest of justice, and through the authority and supplemental jurisdiction vested in this Court by 28 U.S.C. § 1367, and also through Article III of the United States Constitution, if and as necessary.

Given the above seriousness and important nature of this case, the significant implications to the general public, and the same including grievous and numerous violations of civil and constitutional rights, this Court, respectfully speaking, should afford special attention thereupon, and impart expediency to the resolution of this action, pursuant to all authority under 28 USC § 1657 (a).

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, respectfully demands a trial by jury in this action of all triable issues.

## JURISDICTION & VENUE

This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, because Plaintiff's claims arise under the United States Constitution as well as this action arises under the laws of the United States to redress violations of the federal FCA, 31 U.S.C.§ 3729 et seq, the federal Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b). Subject matter jurisdiction is conferred by 31 U.S.C. § 3732(a) and 28 U.S.C.§ 1331. This Court jurisdiction is also pursuant to the Civil Rights Act, pursuant to 42 USC § 1985. This Court has jurisdiction to declare enforce injunctive relief, and to grant all further relief deemed necessary and proper. The Court has authority to award costs and attorney (s') fees under 28 U.S.C. § 2412. This Court has the authority to take jurisdiction over all

other claims, under the doctrine of supplemental jurisdiction. Jurisdiction of this court is invoked under 28 USC § 1343(3), this being an action authorized by law to redress the deprivation under color of Wisconsin law, statue, ordinance, regulation, custom, and usage of rights and privileges secured to plaintiffs by the First, Fourth, Ninth and Fourteenth Amendments to the Constitution of the United States. The court has jurisdiction over the parties and the subject matter of this action.

The venue is proper in this court pursuant to section 1391(e) (2) because 'a substantial part of the events or omissions giving rise to (this) claim occurred.' 28 U.S.C. section 1391 (b) and (c). All claims for relief set forth in this complaint arise from a common nucleus of operative facts. The defendants have all knowingly engaged in an "Operating Agreement" in furtherance of the object of such conspiracy to commit federal violations of the above cited federal laws, and as such a direct and proximate injuries has been and is being sustained against the plaintiffs'. That being, a conspiracy to defraud the lawful functions of the United States (18 U.S.C. section 371 (a) (b), and by through corrupt procurement.

**COUNTS**

**(ALL DEFENDANTS)**

**Title Fraud in violation of** 18 U.S. Code § 1341 – (all defendants)

Frauds and swindles

**The defendants' after knowingly that the Plaintiff was and is the rightful owner of the property in which she currently resides in, <u>illegally changes ownership of a property by forging documents</u> creating a fictitious title to unlawfully make it appear as if Danny Washington was the owner, without the consent or knowledge or participation of the Plainitff.** The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

5

**Title VI of the Civil Rights Act of 1964** provides: "No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." 42 U.S.C. § 2000d.

**False Statements, Concealment—18 U.S.C. § 1001**(all defendants)

The defendants' after knowingly that the Plaintiff was and is the rightful owner of the property in which she currently resides in , created a false action in which the plaintiff was purposely excluded from and did so with an intent to defraud the Plaintiff out of her constitutional rights. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**Misconduct in public office 18 U.S.C.§ 242**(all defendants)

All defendants whom took an oath to support the Constitution, knowingly engaged in misconduct in office when they participated in and actively engaged in fraud, threats, extortion and violations of the rights secured under the United States Constitution. Defendants implemented unlawful actions against the plaintiffs by use fraud and have threatened to shoot the plaintiff if necessary. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**U.S. Bankruptcy Code, specifically 11 U.S.C.§ 524** (all defendants)

The defendants' after knowingly that the a Bankruptcy action discharged decedent Janeen Rogers of any debt , created a false proceeding, and falsely created a debt that does not exist and did not exist with an intent to defraud the Plainitff out of property that she is entitled to by clearly established law. Defendants implemented unlawful actions against the plaintiffs by use fraud and have threatened to shoot the plaintiff if necessary. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further

establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**31 U.S.C.§ 3729 et seq, the federal Anti-Kickback Statute-** (all defendants)

(violations of) -the defendants are engaging in kick back schemes and theft as well as falsification of records in order to receive monies and services in violation of 31 U.S.C.§ 3729.. It shall be unlawful for any person through a pattern, activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any property of which affect interstate or foreign commerce. ) Defendants implemented unlawful actions against the plaintiffs by use fraud and have threatened to shoot the plaintiff if necessary. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**The Fourteenth Amendment** (all defendants)

All defendants violated the Plaintiffs' 14th Amendment rights. The Fourteenth Amendment provides, in relevant part, that no person shall be denied "the equal protection of the laws." The "central mandate" of equal protection is "racial neutrality" by the government or institution subject to the Fourteenth Amendment. See *Miller v. Johnson*, **515 U.S. 900**. "Whenever the government treats any person unequally because of his or her race, that person has suffered an injury that falls squarely within the language and spirit of the Constitution's guarantee of equal protection." **See Adarand Constructors, Inc. v. Pena, 515 U.S. 200.**

**FABRICATION OF EVIDENCE** – (all defendants)

(Plaintiffs reallege the above allegations as herein set forth

in full and further state and allege as follows; conduct by defendants in a pattern of fabrication of evidence, documents, and fabricated allegations to further their unlawful attempt to possess the property and liberty of the plaintiff and Plaintiff reserve the right to further establish this in discovery) The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**18 USC § 241**- Conspiracy against rights-(all defendants)

"If two or more persons conspire to injure, oppress, threaten. Or intimidate any person in any State…in the free exercise or enjoyment of any right or privileged secured to him by the Constitution or laws of the United States because of his having so exercised the same…or if two or more persons prevent, or hinder his free exercise or enjoyment of any right or privilege so secured. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**42 USC § 1981**- Equal rights under the law- violation of (all defendants)

"All persons within the jurisdiction of the United States shall have the same right in every State…to the full and equal benefit of all laws and proceedings for the security of persons and property as enjoyed by white citizens. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**42 USC § 1985**- Conspiracy to interfere with civil rights-(all defendants)

"If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending court, or from testifying to any matter

pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified…or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or territory, with intent to deny to any citizen the equal protections of the laws, or to injure him in his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws. The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**42 USC § 1986-** Action for neglect to prevent-(all defendants)

"Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects to do so, if such wrongful act to be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act be committed, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of wrongful neglect or refusal maybe joined as defendants in the action…" The Defendants have motives of ill will and intent. Plaintiffs reserve the right to further establish this in discovery. By reason of the foregoing, Plaintiff is entitled to the Relief set forth in the Prayer and qualified above.

**PARTIES TO THE CASE**

**United States ex rel Adjua Nsroma**-Plainitff Adjua Nsroma brings the action on behalf of the United States as a private party as ex real means just that. The purpose is to allow private citizens to act as whistleblowers to help the government fight fraud, as the government may not always have the resources to discover all instances of fraud on its own.

**Adjua Nsroma for herself**- The Plainitff brings this action on her own behalf as the Plainitff was injured by defendants' as detailed within the complaint and as such is entitled to a remedy inclusive of damages and the right to a jury trial in the civil action pursuant to the guarantees of the United States Constitution as it relates.

**Adjua Nsroma for the Estate of Janeen Rodgers** as legal representative, next of kin, beneficiary of the estate and as next of kin, next of friend – the Plainitff acts in said capacity as bringing the action on behalf of the executor of an estate" as the executor can officially start a lawsuit in court to either recover money or assets owed to the deceased's estate or to defend the estate against claims made by others. The executor acts as the legal representative, tasked with the fiduciary duty to manage the estate's affairs, including resolving any legal disputes in the best interest of the estate.

**Israel Ramon** (individual Capacity) –the defendant used his potion acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the plaintiff and is liable due and owing to the Plainitff as detailed within the complaint.

**Scott D Nabke** (individual Capacity)- the defendant knowingly used his position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. The defendant used his potion acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the plaintiff and is liable due and owing to the Plainitff as detailed within the complaint.

**Star 212 LLC** - the defendant knowingly used its position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. Defendant used its

position acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the plaintiff and is liable due and owing to the Plainitff as detailed within the complaint.

**Benjamin J Pliskie** (individual Capacity)-   )- the defendant knowingly used his position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. The defendant used his potion acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the plaintiff and is liable due and owing to the Plainitff as detailed within the complaint.

**Danny Washington** (individual Capacity)  -as a private citizen, willingly participating in the fraudulent scheme against the Plainitff,   )- the defendant knowingly used his position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. The defendant used his potion acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the Plainitff and is liable due and owing to the Plainitff as detailed within the complaint.

**Milwaukee County Sheriff Office** (official Capacity)- the defendant knowingly used its position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. Defendant used its position acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the Plainitff and is liable due and owing to the Plainitff as detailed within the complaint.

**Aaron Dobson (individual Capacity)**- the defendant knowingly used his position and connections to orchestrate a fraudulent scheme to defraud the Plaintiff out of her constitutional rights. The defendant used his potion acting under the color of law to engage in fraud, and the actions complained herein against the Plaintiff. The defendant knowingly violated the constitutional rights of the Plainitff and is liable due and owing to the Plainitff as detailed within the complaint.

## INJUNCTIVE AND DECLARATORY RELIEF

An actual and immediate controversy has arisen and now exists between Defendants have unlawfully failed to comply with constitutional requirements by engaging in acts and omissions described in this Complaint. Plaintiff therefore entitled to a declaration of rights with respect to controversy. Plaintiff has no adequate remedy at law. Defendants have acted, and continued to act, to deprive plaintiffs of her constitutional rights. Plaintiff is suffering and will continue to suffer irreparable injury as a result of the actions and practices described in this Complaint by the defendants' unless these acts and practices are enjoined by this Court. Plaintiff as such is entitled to injunctive relief against the said Defendants. The Plaintiff is in imminent actual danger as several defendants' have alleged that the plaintiff will be SHOT if she does not voluntarily leave her lawful, legal place of residence in which she is the rightful, lawful, legal heir and owner of the property and has a constitutional right to be in.

### Prayer for Relief

Wherefore, plaintiff prays for the following relief:

1. Immediate enjoining of the defendants from threatening to do physical harm to the Plainitff, and her minor child who is an infant.

2. Enjoin the defendants from engaging in any further violation of federal law against the Plainitff, including theft of property in which the Plainitff is the lawful, legal owner.

3. Imposition of penalties up to $10,000 for each kickback violation

4. Investigation into the defendants' unlawful conduct in the real estate fraud scheme

5. Investigation of widespread real estate fraud against minority heirs

6. Enforcing injunctive and declaratory relief on behalf of the plaintiff against the defendants to effectuate justice

7. Require the defendants' to immediately remedy in accordance with the law all violations and to ensure that adequate steps are implementing to deter reoccurrence in the future

8. Jury trial in all triable issues

9. Damages awarded to the Plaintiff not less than $450,000.00 per defendant per violation including the right to punitive damages of not less than $1,000,000.00

10. Such other relief as the Court deems just and appropriate

**Submitted Respectfully on this 29th day of October in the year 2025.**

*[Signature]* 10-29-25

Adjua Nsroma

1302-4 N 26th St.

Milwaukee, Wi 53205